
RECEIVED IN CHAMBERS
U.S.D.C.  Atlanta

MAY 2 4 2017

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v. Crim. No. 1:04-cr-00443-CC-CCH-3 Daryl Williams,

Movant.

MOTION TO TERMINATE SUPERVISED RELEASE AFTER

COMPLETION OF FIVE YEARS OF SUPERVISION

PURSUANT TO TITLE 18 U.S.C. S 3583(e)(1)

NOW COMES, DARYL WILLIAMS, appearing pro se, and files this Motion to Terminate Supervised Release, pursuant to 18 U.S.C. § 3583(e)(1).

INTRODUCTION

The district court enjoys "broad discretion" when, after "taking into account a variety of considerations, including the nature of the offense and the history of the offender, as well as any implications for public safety and deterrence," it discharges a defendant's supervised release. See United States v. Jeanes, 150 F.3d 483, 484 (5th Cir. 1998). "These [factors] are largely the same considerations the court must assess when imposing the original sentence." [I]Id.

Title 18 U.S.C. § 3583(e)(1) states that: "The court may, after considering the factors set forth in section (a)(1), (a)(2)(B), (a) (2)(C), (a)(4), (a)(5), and (a)(6), terminate a term of supervised release and discharge

the person released at any time after the expiration of one year of supervised release ... if it is satisfied that such action is warranted by the conduct of the person released and the interest of justice."

"Claims of injustice or unfairness may be properly evaluated-- as one factor among many-- under the broad and general directive of § 3583(e)(1)." Jeanes at 484-485. However, the court must be "satisfied that such action is warranted by the conduct of the defendant and in the interest of justice." Id.

As the Supreme Court has noted: [§ 3583(e)(1)] is the unequivocal provision for ending the term of supervised release without the possibility of its reimposition or continuation at a later time. Congress wrote that when a court finds that a defendant's conduct and the interest of justice warrant it, the court may "terminate a term of supervised release and discharge the person released," once at least a year of release time has been served.

Johnson v. United States, 529 U.S. 694, 120 S.Ct. 370, 146 L.Ed.2d 727, 738 (2000)

DISCUSSION

Movant Daryl Williams respectfully asks this court to terminate his supervised release term for his "conduct" while on supervised release and in the "interest of justice."

I.

Daryl Williams has shown exemplary post-conviction adjustment and conduct in his supervision responsibilities. He has fully complied with the court's express terms of supervision, including abstaining from drug use (as evidenced by his continued "clean" drug monitoring), fully obeying the law, and diligently complying with the requirements of the Probation Department. Daryl has tried to live a productive lifestyle by holding steady employment while supporting himself.

II.

When evaluating his offense conduct, criminal history, and potential for further crimes, Daryl believes this court can find that his further and continued supervision is not required because he meets the criteria, as suggested by the U.S. Administrative Office of the Courts, for early termination, which include: "law-abiding behavior, full compliance with the conditions of supervision, and a responsible, productive lifestyle." See Publication 109, p.37 (1993), U.S. Administrative Office of Courts. See also, Publication 109, Chapter III, p.19-21 (2007 Revision)

Daryl meets all of the following suggested criteria from Publication 109 (p.20): 1. Stable community reintegration (e.g., residence, family, employment);

2. Progressive strides toward supervision objectives and in compliance with all condition supervision;

3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

4. No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);

5. No recent convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;

6. No recent evidence of alcohol or drug abuse;

7. No recent psychiatric episodes;

8. No identifiable risk to the safety of any identifiable victim; and

9. No identifiable risk to public safety based on the Risk Prediction Index (RPI).

CONCLUSION

WHEREFORE, premises considered, Daryl Williams asks this court to terminate his supervised release term early for the aforementioned reasons.


DATED: <u>May 15, 2017</u>


Respectfully Submitted,



Daryl Williams, Pro Se

1210 Lake Charles Dr

Roswell, Ga 30075



CERTIFICATE OF SERVICE



I, Daryl Williams, hereby certify that a true and correct copy of the foregoing Motion to Terminate Supervised Release was served, via U.S. Mail, to the following parties on this __18_ th day of _____May_____, 2017.


1. Assistant U.S. Attorney
   Robert C. McBurney
   Fulton County Superior Court
   Suite T5755, Justice Center Tower
   185 Central Avenue
   Atlanta, GA 30303

   404-581-6184


2. Us probation officer Michael Murphy via email

Daryl Williams

1007
R2306Y151771-06

$25.75

# EXPRESS MAIL

## UNITED STATES POSTAL SERVICE

MAY 23 2017
U.S. Mailroom



## Flat Rate Envelope

*Visit us at usps.com*

### EXTREMELY URGENT

*Please Rush To Addressee*





**EMS**

**PLEASE NOTE:**

*When used internationally af...
declarations (PS Form 2976,*



EL 728256932US

**UNITED STATES POSTAL SERVICE** ®

## PRIORITY ★ MAIL ★ EXPRESS™



EL728256932US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)          PHONE ( )

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 30096 | 5/23 | $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

| DELIVERY (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, OCTOBER 2016      PSN 7690-02-000-9996      3-ADDRESSEE COPY

082708_EM_EP13F OCTOBER 2012

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

