IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. |
| v. | 1:04-cr-00443-3-CC |
| DARYL BRIAN WILLIAMS, | |

ORDER

This matter is before the Court on Defendant Daryl Williams's Pro Se Motion to Terminate Supervised Release [Doc.160] .  The United States is hereby **ORDERED** to file a response to Defendant's motions within thirty (30) calendar days of the entry of this Order.

SO ORDERED this 26th day of   May   , 2017.

s/ CLARENCE COOPER

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE