IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL BRIAN WILLIAMS<br>DEFENDANT. | Criminal Action No.<br><br>1:04-CR-00443-03-CC |

## NOTICE OF ENTRY OF APPEARANCE

Special Assistant United States Attorney Nicholas Joy herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

Respectfully submitted,

JOHN A. HORN
*United States Attorney*

/s/Nicholas Joy
*Special Assistant United States Attorney*
Provisionally admitted pursuant to LR 83.1(A)3, NDGa.
Nicholas.Joy@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Counsel for Defendant

June 23, 2017

/s/ *Nicholas Joy*
NICHOLAS JOY
*Special Assistant United States Attorney*